THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH RAPINETT, Appellant. [632 NYS2d 981] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated September 30, 1985 *(People v Rapinett,* 113 AD2d 959), affirming a judgment of the Supreme Court, Kings County, rendered June 9, 1980, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Thompson, Ritter and Krausman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER RICHARDS, Appellant. [632 NYS2d 651] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered January 6, 1994, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant, who was charged with several crimes on an "acting in concert" basis, was not prejudiced by the court's instruction to the jurors that they could find him guilty even if they did not believe that there was a second perpetrator *(see, People v Rivera,* 84 NY2d 766; *People v Gaskin,* 184 AD2d 525; *People v Smith,* 156 AD2d 756). Bracken, J. P., Sullivan, Friedmann and Krausman, JJ., concur.